**Opinion issued June 21, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-11-00913-CV

———————————

### CANDACE M. LARK, Appellant

### V.

### SAVANNAH PLACE APARTMENTS, Appellee

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1000862**

---

### MEMORANDUM OPINION

Appellant, Candace M. Lark, has neither established indigence nor paid all the required fees. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN.§ 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005),

§ 101.041 (Vernon Supp. 2011)(listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A§ B(1)(listing fees in court of appeals). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.